UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                           :
                                                 :   Case No.:  10-26236-SLM
**ROXBURY SURGICAL CENTER, LLC,** :
                                                 :   Chapter 7
                                                 :
_____Debtor(s)_____ :

NOTICE DEPOSITING FUNDS TO THE REGISTRY
OF THE COURT PURSUANT TO FRBP 3010

BARBARA A. EDWARDS, as trustee of the above case, respectfully shows that the following dividends of less than $5.00/unclaimed funds each are hereby submitted to the Registry of the Court pursuant to FRBP 3010:

| CLAIM NO. | CLAIMANT NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | BioMedical Enterprises, Inc.<br>14785 Omicrom Drive<br>San Antonio, TX 78245<br>Check never cashed - could not contact/locate them | $1,512.39 |
| 5 | Standish X-Ray Corporation<br>69 King Street<br>Dover, NJ 07801<br>Envelope Returned - Could not find new address | 752.87 |
| 12 | Synthes<br>1302 Wrights Lane East<br>West Chester, PA 19380<br>Check never cashed - could not contact/locate them | 3,773.79 |

**TOTAL**                                                                                     **$6,039.05**

The undersigned attaches hereto checks in the above amounts payable to the U.S. Bankruptcy Court.

/s/ Barbara A. Edwards
Barbara A. Edwards, Trustee

Dated:    September 8, 2020

c:   Office of the US Trustee     (VIA ECF)
     *Above Claimant              USPS REGULAR MAIL
     New addresses for all other creditors could not be located